UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X   Case No.: 18-10699-cgm

In Re:

**Return Date:**

Michael D. Davu,                                                             **Time:**

                      Debtor.                                        **RESPONSE TO MOTION TO**
------------------------------------------------------------------------X   **AVOID LIEN/DETERMINE**
                                                                                                               **VALUE OR SECURED**
                                                                                                            **STATUS**

**TO:   THE HONORABLE CECILIA G. MORRIS,
        UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW Specialized Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, by and through its attorney, Kozeny and McCubbin, L.C. LLC and for its response to Debtor's Motion to Avoid Lien/Determine Value or Secured Status ("Debtor's Motion"), and states as follows:

1. Specialized Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, admits the allegations contained within paragraph one (1) of the Debtor's Motion.

2. Specialized Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, admits in part and denies in part the allegations contained within paragraph two (2) of the Debtor`s Motion. The referenced recording information for the mortgage which is the first lien on the subject property is incorrect.

3. Specialized Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, admits the allegations contained within paragraph three (3) of the Debtor's Motion.

4. Specialized Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company,

as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 is without sufficient information to admit or deny the allegations contained within paragraph four (4) of the Debtor's Motion and therefore, must deny same.

## STATING FURTHER AND AFFIRMATIVELY

5. Specialized Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 asserts Debtor's use of Trustee's Notice of Proposed Abandonment as Exhibit A in the Debtor's Motion is stale and outdated as of September 2016.

6. Specialized Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 asserts a current Broker's Price Opinion ("BPO") of the Subject Property at 333 Forrest St. Jersey City, NJ 07304 lists a value of $285,000.00.  A copy of aforementioned BPO is attached hereto and annexed as Exhibit A.

7. Specialized Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 believes the BPO should be referred to as the current value for subject property.

**WHEREFORE**, Specialized Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 respectfully requests this Court deny Debtor's Motion to Avoid Lien/Determine Value or Secured Status and with such other relief as this Court deems just and proper.

Dated:  August 21, 2018
       Bay Shore, New York

Kozeny & McCubbin, L.C. LLC

 /s/ Sabita Hajaree Ramsaran
By: Sabita Hajaree Ramsaran, Esq.
12400 Olive Blvd, Ste 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax:  (314) 567-8019
nybk@km-law.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X   Case No. 18-10699-cgm

In Re:

       Chapter 13

Michael D. Davu,

**CERTIFICATE OF SERVICE**

       Debtor.
------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Response to Motion to Avoid Line/Determine Value or Secured Status and a copy of these pleadings were mailed by U.S. First Class Mail on August 21, 2018 to the parties listed below:

Michael D. Davu, Debtor/Pro Se
470 Convent Ave., Apt. 32
New York, NY 10031

Krista Preuss, Trustee
399 Knollwood Rd.
White Plains, NY 10603

U.S. Trustee
United States Trustee
201 Varick St., Room 1006
New York, NY 10014

       Respectfully submitted,

       /s/ _Sabita Hajaree Ramsaran_
       By: Sabita Hajaree Ramsaran, Esq.
       Attorney for Movant
       12400 Olive Blvd, Ste 555
       St. Louis, MO 63141
       Phone: (314) 991-0255
       Fax:  (314) 567-8019
       nybk@km-law.com

Exhibit A



Broker Price Opinion

333 Forrest St, Jersey City, NJ 07304

CERTAINTY | INGENUITY | ADVANTAGE

Computershare



**Subject Property** 333 Forrest St, Jersey City NJ 07304

**BPO** BROKER PRICE OPINION

Inspection Date: 07/25/2018    (Exterior Form)

## Order Details

| | | | |
|---|---|---|---|
| Client: | SLS | Mortgagors Name: | MICHAEL DAVU |
| Client Loan Number: | | Order Number: | |
| Tracking #1: | | Property ID: | |
| Broker Name: | Paul Ryan | License Number: | 1646420 |
| Broker Phone: | (201) 381-1484 | eSignature*: | (*Signature on File) |
| Broker Company: | Rel Group LLC | Date Signed: | 07/25/2018 |
| Company Address: | Street Address: 130 W Pleasant Ave, #324<br>City, State Zip: Maywood, NJ 07607 | Subject Address: | Street Address: 333 Forrest St<br>City, State Zip: Jersey City NJ 07304 |

### Subject Front


### Neighborhood


## Price Estimate

| | | | | |
|---|---|---|---|---|
| **AS-IS (60-90 Days)** | $285,000 | | **Repaired (60-90 Days)** | $285,000 |
| **AS-IS (Quick Sale)** | $280,000 | | **Repaired (Quick Sale)** | $280,000 |
| Estimated Land Value | $5,000.0 | | Total Repair Costs | $0 |
| PSF As-Is (Price per Sq Ft) | $140.26 | | PSF Repaired (Price per Sq Ft) | $140.26 |

## General Information

| | | | |
|---|---|---|---|
| County | Hudson | Overall Condition | Average |
| Development or Neighborhood Name | None | Curb Appeal | Average |
| Zoning | Residential | Landscaping Condition | Average |
| Legal Description | INCL BLK 1978 LOTS 8-A & L | | |
| Homeowners Association | No | Secured | Yes |
| HOA Name | | Occupancy Status | Unknown |
| HOA Mgmt. Co, Name | | If "Occupied", by whom? | |
| HOA Phone | | Subject conforms to neighborhood? | Yes |
| HOA Dues | | Are any Code Violations Posted? | No |
| HOA Dues Frequency | | Is the property subject to any rent controls? | No |
| HOA Dues Include | | Does the City or Municipality require Vacant Property Registration? | No |
| Environmental Hazards | None | Site Influences | None |

## Tax Data, Sales and Listing History

| | | | |
|---|---|---|---|
| Tax Assessed Value Date | 01/05/2018 | Last Known Sale Date | 01/01/0001 |
| Tax Assessed Value | 54,600 | Last Known Sale Price | 0 |
| Current Annual Real Estate Taxes | 4,205 | Taxes Delinquent? | No |
| Assessors Parcel Number (APN) | 06-21101-0000-00024-- | Amount Delinquent | |
| Currently Listed for Sale (In MLS or FSBO) | No | | |
| Agent Name | | Original List Price | 0 |
| Agent Company | | Original List Date | |
| Agent Phone | | Current List Price | |
| DOM | | Current List Date | |
| Transaction Type | | Dwelling Access | |
| Listing Status | | MLS Number | |

Computershare LLC • 8742 Lucent Blvd, Suite 300 • Highlands Ranch, CO 80129 • www.clsps.us    BPO Ext (2018)

 18-10699-cgm    Doc 37    Filed 08/21/18    Entered 08/21/18 15:49:29    Main Document
Pg 7 of 13

**Subject Property**
333 Forrest St
Jersey City, NJ 07304

**BPO** BROKER PRICE OPINION
Inspection Date: 07/25/2018    (Interior Form)

## Neighborhood & Market Information

| | | | |
|---|---|---|---|
| Density | Suburban | Prior 12 Month Home Values Have | Increasing |
| Predominant Occupancy | Owner | At a Rate of | 7 |
| Neighborhood Values Low | 45,000 | Housing Supply of Similar Homes | Shortage |
| Neighborhood Values High | 625,000 | Typical Marketing Time | 90-120 Days |
| Predominant Value | 200,000 | Vandalism Present in Area | No |
| Number of Homes in Direct Competition | 3 | Average DOM Active Comps | 90 |
| Number of Similar Homes Sold in Last 6 Months | 4 | Average DOM Sold Comps | 72 |

**Neighborhood Comments**  The neighborhood is an average well maintained community with an increasing amount of fair market value homes and decreasing number of short sale and REO's.





## Area Sales Data

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | % Change | Overall Trend |
|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 24 | 4 | 7 | -18 % | Decreasing |
| Absorption Rate (Total Sales/Months) | 4 | 1 | 2 | -18 % | Decreasing |
| Total # of Comparable Active Listings | 20 | 20 | 19 | -34 % | Decreasing |
| Months of Housing Supply (Total Listings/Absorption Rate) | 5 | 20 | 10 | -13 % | Decreasing |

| Median Sale & List Price, DOM, List to Sales Ratio | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | % Change | Overall Trend |
|---|---|---|---|---|---|
| Median Comparable Sale Price | 309,500 | 287,500 | 410,000 | 7 % | Increasing |
| Median Comparable Sales DOM | 98 | 90 | 94 | -12 % | Decreasing |
| Median Comparable List Price | 340,000 | 404,500 | 550,000 | 86 % | Increasing |
| Median Comparable Listings DOM | 101 | 72 | 55 | -6 % | Stable |
| Median Sale Price as % of List Price | 100 % | 107 % | 100 % | 3 % | Increasing |

Computershare LLC • 8742 Lucent Blvd, Suite 300 • Highlands Ranch, CO 80129 • www.clsps.us    BPO Int (2018)


**Subject Property**
333 Forrest St
Jersey City, NJ 07304

**BPO — BROKER PRICE OPINION**
Inspection Date: 07/25/2018    (Exterior Form)

## Deferred Maintenance

Deferred Maintenance Present or Repairs Needed?    No

| # | Description | Cost | Comments |
|---|---|---|---|
| 1 |  | $ |  |
| 2 |  | $ |  |
| 3 |  | $ |  |
| 4 |  | $ |  |
| 5 |  | $ |  |
| 6 |  | $ |  |
| 7 |  | $ |  |
| 8 |  | $ |  |
| 9 |  | $ |  |
| 10 |  | $ |  |
|  | Total Repair Costs | $ 0 |  |

## Comparable Sales

| | Subject | Sale 1 | Sale 2 | Sale 3 |
|---|---|---|---|---|
| Street Address | 333 Forrest St | 96 W 51st St, | 34 Long St, | 224 Wilkinson Ave, |
| City, State Zip | Jersey City, NJ 07304 | Jersey City, NJ 07304 | Jersey City, NJ 07304 | Jersey City, NJ 07304 |
| Sale Date |  | 04/20/2018 | 05/31/2018 | 02/28/2018 |
| Sale Price |  | 291,000 | 270,000 | 284,000 |
| Proximity To Subject (Miles) |  | 2.43 mi SW | 1.13 mi SW | 0.43 mi SW |
| Condition | Average | Average | Average | Average |
| Data Source | Tax Records | MLS | MLS | MLS |
| Property Type | Single Family | Single Family | Single Family | Single Family |
| Property Style | 3 Story | Ranch / 1 Story | 2 Story | 3 Story |
| Above Grade Sq Ft | 2,032 | 1,425 | 2,200 | 2,000 |
| # of Units | 1 | 1 | 1 | 1 |
| Lot Size | 3204 Sq Ft | 2980 Sq Ft | 1524 Sq Ft | 2178 Sq Ft |
| Year Built | 1890 | 1953 | 1965 | 1960 |
| Age | 128 | 65 | 53 | 58 |
| Total # Rooms | 6 | 8 | 6 | 8 |
| Bed / Full Ba. / Half Ba. | 3 / 2 / 0 | 4 / 2 / 0 | 3 / 2 / 0 | 4 / 2 / 0 |
| Financing Method | Cash | Cash | Cash | Cash |
| Transaction Type | Traditional Resale | Traditional Resale | Traditional Resale | Traditional Resale |
| Owner | Owner Occ | Owner Occ | Owner Occ | Owner Occ |
| Seller Concessions | 0 | 0 | 0 | 0 |
| Price Per Sq Ft |  | $204.21 | $122.73 | $142.00 |
| DOM |  | 63 | 75 | 114 |
| List Price At Sale |  | 291,000 | 270,000 | 284,000 |
| Original List Price | 0 | 291,000 | 270,000 | 284,000 |
| Original List Date |  | 02/16/2018 | 03/17/2018 | 11/06/2017 |
| Basement | No | No | No | No |
| Basement Type |  |  |  |  |
| Basement Total Sq Ft |  |  |  |  |
| Basement Finished Sq Ft | 0 |  |  |  |
| Garage Type | None | None | None | None |
| Number of spaces | 0 | 0 | 0 | 0 |
| Pool / Spa | None | None | None | None |
| View | None | None | None | None |
| Adjustment |  | 2,500 | -13,000 | -9,000 |
| Adjusted Price |  | 293,500 | 257,000 | 275,000 |

Computershare LLC • 8742 Lucent Blvd, Suite 300 • Highlands Ranch, CO 80129 • www.clsps.us

BPO Ext (2018)

**Subject Property**
333 Forrest St
Jersey City, NJ 07304

**BPO — BROKER PRICE OPINION**
Inspection Date: 07/25/2018    (Exterior Form)

## Comparable Comments and Adjustment Justification

**Comparable Sale 1**
GLA $7500
Year built -$10000
The subject is a single family home located in a well maintained neighborhood with 4 bedrooms and 2 bathrooms with fantastic views throughout the home.

**Comparable Sale 2**
GLA -$5000
Year built -$10000
+2000 lot size
UNIQUE PROPERTY featuring oversized garage that fits up to 4 cars! 3 beds, 1.5 baths newly renovated single family, with central A/C, spacious, open layout allowing plenty of natural light. Only 7

**Comparable Sale 3**
Year built -$10000
224 Wilkinson Ave, Jersey City, NJ is a single family home that contains 2,000 sq ft and was built in 1960. It contains 4 bedrooms and 2 bathrooms. This home last sold for $284,000 in February 2018.
+1000 lot size

## Comparable Listings

| | Subject | List 1 | List 2 | List 3 |
|---|---|---|---|---|
| Street Address | 333 Forrest St | 297 Virginia Ave | 341 Avenue E, | 49 Lembeck Ave, |
| City, State Zip | Jersey City, NJ 07304 | Jersey City, NJ 07304 | Jersey City, NJ 07304 | Jersey City, NJ 07304 |
| List Date | | 06/08/2018 | 07/04/2018 | 04/23/2018 |
| Current List Price | | 295,000 | 283,240 | 239,963 |
| Proximity To Subject (Miles) | | 0.54 mi NW | 3.82 mi SW | 1.59 mi SW |
| Condition | Average | Average | Average | Average |
| Data Source | Tax Records | MLS | MLS | MLS |
| Property Type | Single Family | Single Family | Single Family | Single Family |
| Property Style | 3 Story | 2 Story | 3 Story | 3 Story |
| Above Grade Sq Ft | 2,032 | 2,100 | 2,288 | 2,240 |
| # of Units | 1 | 1 | 1 | 1 |
| Lot Size | 3204 Sq Ft | 1581 Sq Ft | 2749 Sq Ft | 2213 Sq Ft |
| Year Built | 1890 | 1900 | 1920 | 1927 |
| Age | 128 | 118 | 98 | 91 |
| Total # Rooms | 6 | 8 | 6 | 6 |
| Bed / Full Ba. / Half Ba. | 3 / 2 / 0 | 4 / 2 / 0 | 3 / 2 / 0 | 3 / 2 / 0 |
| Transaction Type | Traditional Resale | Traditional Resale | Traditional Resale | Traditional Resale |
| Owner | Owner Occ | Owner Occ | Owner Occ | Owner Occ |
| Price Per Sq Ft | | $140.48 | $123.79 | $107.13 |
| DOM | 0 | 47 | 21 | 93 |
| MLS Status | | Active | Active | Active |
| Original List Price | 0 | 295,000 | 283,240 | 239,963 |
| Original List Date | | 01/07/2018 | 02/03/2018 | 02/19/2018 |
| Basement | No | No | No | No |
| Basement Type | | | | |
| Basement Total Sq Ft | 0 | | | |
| Basement Finished Sq Ft | 0 | | | |
| Garage Type | None | None | None | None |
| Number of spaces | 0 | 0 | 0 | 0 |
| Pool / Spa | None | None | None | None |
| View | None | None | None | None |
| Adjustment | | -3,000 | -10,000 | -4,000 |
| Adjusted Price | | 292,000 | 273,240 | 235,963 |

Computershare LLC • 8742 Lucent Blvd, Suite 300 • Highlands Ranch, CO 80129 • www.clsps.us

BPO Ext (2018)


18-10699-cgm    Doc 37    Filed 08/21/18    Entered 08/21/18 15:49:29    Main Document
Pg 10 of 13

**Subject Property**
333 Forrest St
Jersey City, NJ 07304

**BPO** BROKER PRICE OPINION
Inspection Date: 07/25/2018   (Exterior Form)

## Comparable Comments and Adjustment Justification

**Comparable List 1**
GLA -$2500
Year built -$2500
Single family home consist of 4 bdrs,2 full baths,livr,closets,kitchen and partial finished basement.Close to all shopping centre.
+2000 lot size

**Comparable List 2**
GLA -$5000
Year built -$5000
single family home located in a well maintained neighborhood with 3 bedrooms and 2 bathrooms 2,288 sqft.

**Comparable List 3**
GLA -$5000
+1000 lot size
Year built -$5000
single family home located in a well maintained neighborhood with 3 bedrooms and 2 bathrooms 2,240 sqft.

## Value Conclusion

| | | | |
|---|---|---|---|
| As-Is (60-90 Days) | $ 285,000 | Repaired (60-90 Days) | $ 285,000 |
| As-Is (Quick Sale) | $ 280,000 | Repaired (Quick Sale) | $ 280,000 |
| | Estimated Land Value | $ 5,000 | |

## Broker Addendum & Subject Comments

"Selecting comparable market homes was centered on comps that resemble the property in size and location, offering within 350 square feet of the subject property, and providing a location within 2 miles of the home. Age was expanded to within 55 years of the subject, a result of a Lack of similar comps within the subject's neighborhood. FMV remains consistent inside the immediate area, and all comps provided offer a consistent market price. Value provided represents direct competition to the subject property.

"

## Quality Control Reviewer Comments

Subject data matches property data card.



Computershare

**Subject Property**
333 Forrest
Jersey City, NJ 07304

**BPO** Broker Price Opinion
Inspection Date: 07/25/2018  (Exterior Form)

### Subject Property Photos

**Front View**



**Left Side**



**Right Side**



**Street View**



**Address Verification**



**Computershare** — Subject Property: 333 Lembeck, Jersey City, NJ 07304 — **BPO** Broker Price Opinion — Inspection Date: 07/25/2018 (Exterior Form)

## Comparable Property Photos

### Sale 1

96 W 51st St, Jersey City, NJ 07304
Sold for $291,000 on 04/20/2018

### List 1

297 Virginia Ave, Jersey City, NJ 07304
Listed for $295,000 on 06/08/2018

### Sale 2

34 Long St, Jersey City, NJ 07304
Sold for $270,000 on 05/31/2018

### List 2

341 Avenue E, Jersey City, NJ 07304
Listed for $283,240 on 07/04/2018

### Sale 3

224 Wilkinson Ave, Jersey City, NJ 07304
Sold for $284,000 on 02/28/2018

### List 3

49 Lembeck Ave, Jersey City, NJ 07304
Listed for $239,963 on 04/23/2018